AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

DISTRICT OF RHODE ISLAND

JAMES ROSS, Plaintiff

## SUMMONS IN A CIVIL CASE

V.

CASE NUMBER:

LIBERTY LIFE ASSURANCE COMPANY OF BOSTON and SOVEREIGN BANCORP INC. LONG TERM DISABILITY PLAN, Defendants

CA 08 239ML

TO: (Name and address of defendant)

Agent of Service For Liberty Life Assurance Company of Boston
Corporation Service Company
84 State Street
Boston, MA 02109

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Catherine A. Shaghalian, Esq., #6883
Timothy M. Bliss, Esq., #6228
VETTER & WHITE
20 Washington Place
Providence, RI 02903
(401) 421-3060

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE June 17, 2008

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action (Reverse)

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE June 20, 2008 at 12:20 P.M. |
| NAME OF SERVER *(PRINT)* Greg Sheehy | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

[X] Served personally upon the defendant. Place where served: c/o Corporation Service Company, 84 State Street, Boston, MA 02109 by giving in hand to Bernardo Montanez, agent authorized to accept service.

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: ______

[ ] Returned unexecuted: ______

[ ] Other *(specify)*: ______

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | $65.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on June 20, 2008
*Date*

*Signature of Server*

Greg Sheehy
1895 Centre Street, Suite 202
Boston, MA 02132
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.