UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| JAMES ROSS,<br><br>Plaintiff,<br><br>vs.<br><br>LIBERTY LIFE ASSURANCE COMPANY OF BOSTON,<br><br>and<br><br>SOVEREIGN BANCORP INC. LONG TERM DISABILITY PLAN<br><br>Defendants. | C. A. NO. 08-239ML |

**STIPULATION TO ENLARGE DEFENDANT'S TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

IT IS HEREBY STIPULATED AND AGREED, by and between Counsel for James Ross ("Plaintiff") and Counsel for Defendant Liberty Life Assurance Company of Boston ("Liberty Life") that:

1. Defendant Liberty Life's time to Answer, move or otherwise respond to Plaintiff's Complaint shall be enlarged to and including **Monday, August 11, 2008**.

LIBERTY LIFE ASSURANCE COMPANY OF BOSTON
By its attorneys:

By: _/s/ Keturah Martin_______________
Keturah Martin (R.I. Bar No. 7517)
JACKSON LEWIS LLP
75 Park Plaza
Boston, MA 02116
Telephone: (617) 367-0025
Fax: (617) 367-2155
martink@jacksonlewis.com

JAMES ROSS
By his attorneys,

_/s/ Timothy Bliss/By KM________________
Timothy Bliss (No. 6228)
VETTER & WHITE
20 Washington Place
Providence, RI 02903
Telephone: (401) 421-3060
Fax: (401) 272-6803
tbliss@vetterandwhite.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 8th day of July 2008, a true and correct copy of the foregoing document has been served on Plaintiff's counsel, Timothy Bliss, Esq., by filing a copy through the Court's ECF system, which copy is available for viewing and downloading, and on counsel for Defendant Sovereign Bancorp Inc. Long Term Disability Plan by regular mail, postage prepaid

/s/ Keturah Martin______________