UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

JAMES ROSS,

Plaintiff,

vs.

LIBERTY LIFE ASSURANCE COMPANY OF BOSTON,

and

SOVEREIGN BANCORP INC. LONG TERM DISABILITY PLAN

Defendants.

C. A. NO. 08-239ML

**DEFENDANT LIBERTY LIFE'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to F.R.C.P. 7.1, Defendant Liberty Life Assurance Company of Boston submits this corporate disclosure statement and shows the Court as follows:

1. All of the parent corporations of Liberty Life Assurance Company of Boston are:

Liberty Mutual Holding Company Inc.
LMHC Massachusetts Holdings Inc.
Liberty Mutual Group Inc.
Liberty Mutual Insurance Company
Liberty Mutual Fire Insurance Company; and

2. No publicly held company owns 10 percent or more of the stock in Liberty Life Assurance Company of Boston.

Respectfully submitted,

LIBERTY LIFE ASSURANCE COMPANY OF BOSTON

_/s/Keturah Martin________________

Keturah Martin (RI Bar No. 7517)
JACKSON LEWIS LLP
75 Park Plaza
Boston, MA 02116
Tel: (617) 367-0025
Fax: (617) 367-2155
martink@jacksonlewis.com

Dated: July 8, 2008

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 8th day of July 2008, a true and correct copy of the foregoing document has been served on Plaintiff's counsel, Timothy Bliss, Esq., by filing a copy through the Court's ECF system, which copy is available for viewing and downloading, and on counsel for Defendant Sovereign Bancorp Inc. Long Term Disability Plan by regular mail, postage prepaid

/s/ Keturah Martin______________