UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

JAMES ROSS,

Plaintiff,

vs.

LIBERTY LIFE ASSURANCE COMPANY OF BOSTON,

and

SOVEREIGN BANCORP INC. LONG TERM DISABILITY PLAN

Defendants.

C. A. NO. 08-239ML

**NOTICE OF APPEARANCE**

Please enter the appearance of Keturah Martin as attorney for Defendant Liberty Life Assurance Company of Boston.

Respectfully submitted,

LIBERTY LIFE ASSURANCE COMPANY OF BOSTON
By its attorneys:

By: _/s/ Keturah Martin_

Keturah Martin (R.I. Bar No. 7517)
JACKSON LEWIS LLP
75 Park Plaza
Boston, MA 02116
Telephone: (617) 367-0025
Fax: (617) 367-2155
martink@jacksonlewis.com

Dated: July 10, 2008

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 10th day of July 2008, a true and correct copy of the foregoing document has been served on Plaintiff's counsel, Timothy Bliss, Esq., by filing a copy through the Court's ECF system, which copy is available for viewing and downloading, and on counsel for Defendant Sovereign Bancorp Inc. Long Term Disability Plan by regular mail, postage prepaid.

/s/ Keturah Martin