UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| JAMES ROSS,<br><br>Plaintiff,<br><br>vs.<br><br>LIBERTY LIFE ASSURANCE COMPANY OF BOSTON,<br><br>and<br><br>SOVEREIGN BANCORP INC. LONG TERM DISABILITY PLAN<br><br>Defendants. | C. A. NO. 08-239ML |

**STIPULATION OF DISMISSAL FOR SOVEREIGN BANCORP, INC. LONG TERM DISABILITY PLAN**

IT IS HEREBY STIPULATED by and between Plaintiff, James Ross, through his counsel, and Defendants, Liberty Life Assurance Company of Boston ("Liberty Life"), and the Sovereign Bancorp, Inc. Long Term Disability Plan ("The Plan"), through their counsel, that The Plan need not appear and is hereby dismissed from this action with prejudice, except without prejudice to plaintiff later amending the complaint to add The Plan as a defendant should an issue arise as to employee benefits other than the long term disability benefits fully insured by Liberty Life. Defendant Liberty Life will be liable for any judgment concerning the payment or non-payment of long term disability benefits that may result from this action as if it were The Plan.

Respectfully submitted,

LIBERTY LIFE ASSURANCE COMPANY OF BOSTON AND THE SOVEREIGN BANCORP, INC. LONG TERM DISABILITY PLAN,

By: _/s/ Keturah Martin________________
Keturah Martin (R.I. Bar No. 7517)
JACKSON LEWIS LLP
75 Park Plaza
Boston, MA 02116
Telephone: (617) 367-0025
Fax: (617) 367-2155
martink@jacksonlewis.com

JAMES ROSS

By his attorneys,

_/s/ Timothy Bliss/By KM________________
Timothy Bliss (No. 6228)
VETTER & WHITE
20 Washington Place
Providence, RI 02903
Telephone: (401) 421-3060
Fax: (401) 272-6803
tbliss@vetterandwhite.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 28th day of July 2008, a true and correct copy of the foregoing document has been served on Plaintiff's counsel, Timothy Bliss, Esq., by filing a copy through the Court's ECF system, which copy is available for viewing and downloading.

/s/ Keturah Martin/BY GPT___________