UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

JAMES ROSS,

Plaintiff,

vs.

LIBERTY LIFE ASSURANCE COMPANY OF BOSTON,

and

SOVEREIGN BANCORP INC. LONG TERM DISABILITY PLAN

Defendants.

C. A. NO. 08-239ML

**MOTION FOR ADMISSION OF GUY P. TULLY *PRO HAC VICE***

Defendant Liberty Life Assurance Company of Boston ("Liberty Life") hereby moves that Guy P. Tully be admitted *PRO HAC VICE* in the above case as counsel with local counsel identified below.

Respectfully submitted,

Guy P. Tully, *Pro Hac Vice* Applicant

I hereby certify that I have reviewed the Application for Pro Hac Vice Admission that is being submitted with the application fee, and I join in the foregoing motion. I acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

/s/ Keturah Martin

Keturah Martin (R.I. Bar No. 7517)
JACKSON LEWIS LLP
75 Park Plaza
Boston, MA 02116
Telephone: (617) 367-0025
Fax: (617) 367-2155
martink@jacksonlewis.com

Dated: July 25, 2008

---

**ORDER**

This motion is hereby _______ GRANTED _______DENIED

_____________________________
District Judge

_____________________________
Date

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 28th day of July 2008, a true and correct copy of the foregoing document has been served on Plaintiff's counsel, Timothy Bliss, Esq., by filing a copy through the Court's ECF system, which copy is available for viewing and downloading.

/s/ Keturah Martin/By GPT