UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JAMES ROSS,<br>Plaintiff<br><br>v.<br><br>LIBERTY LIFE ASSURANCE COMPANY OF BOSTON and SOVEREIGN BANCORP INC. LONG TERM DISABILITY PLAN,<br>Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 08-239ML |

**STATEMENT OF CLAIMS**

Pursuant to LR Cv 16, plaintiff James Ross hereby submits the following statement of the elements of his claim in the captioned action.

**CLAIM FOR LONG TERM DISABILITY BENEFITS**

In order to prevail on his claim for disability benefits, the plaintiff will need to prove the following elements:

(1) Plaintiff was a participant;

(2) in an employee welfare benefit plan;

(3) the terms of which entitled him to receive benefits;

(4) that were wrongfully denied to him.

See 29 U.S.C. § 1132(a)(1)(B), 29 U.S.C. § 1002(1), (7).

/s/ Timothy M. Bliss
Timothy M. Bliss, No. 6228
Catherine A. Shaghalian, No. 6883
VETTER & WHITE
Attorneys for Plaintiff
20 Washington Place
Providence, Rhode Island 02903
(401) 421-3060
(401) 272-6803 FAX
tbliss@vetterandwhite.com
cshaghalian@vetterandwhite.com

Dated: September 10, 2008

CERTIFICATE OF SERVICE

To:

Guy P. Tully, Esq.
Keturah Martin, Esq.
Jackson Lewis LLP
75 Park Plaza
Boston, MA 02116

I hereby certify that I electronically filed this Statement of Claims on September 10, 2008. The Statement of Claims is available for viewing and downloading from the Court's Electronic Case Filing system. Service on the above-identified counsel of record will be effectuated by electronic means and by mailing first class mail, postage prepaid, to non-registered parties.

/s/ Timothy M. Bliss