UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| JAMES ROSS,<br><br>Plaintiff,<br><br>vs.<br><br>LIBERTY LIFE ASSURANCE COMPANY OF BOSTON,<br><br>and<br><br>SOVEREIGN BANCORP INC. LONG TERM DISABILITY PLAN<br><br>Defendants. | C. A. NO. 08-239ML |

**JOINT STATEMENT REGARDING PRETRIAL MATTERS**

Pursuant to Fed. R. Civ. P. 16 and the Court's September 5, 2008 Order, the parties to the above-entitled action, Plaintiff James Ross ("Mr. Ross" or "Plaintiff") and Defendant[1] Liberty Life Assurance Company of Boston ("Liberty Life") file this Joint Statement Regarding Pretrial Matters.

**Proposed Discovery Plan and Schedule for Motions**

| | |
|---|---|
| October 15, 2008: | Defendant to provide the Plaintiff with a complete copy of the Proposed Record for Judicial Review. |
| December 30, 2008: | Deadline for filing any motions seeking discovery and /or to make additions to the Record. Oppositions to any such motions due 30 days thereafter. |

[1] Defendant Sovereign Bancorp Inc. Long Term Disability Plan was dismissed as a party by Stipulation filed with the Court on July 28, 2008 and entered by the Court on July 29, 2008.

| | |
|---|---|
| March 1, 2009 or 30 days after close of any discovery permitted by the Court, whichever is later: | Motions for Judgment on Stipulated Record. Oppositions to any such motions due 30 days thereafter. |

**ADR**

Counsel for the parties confirm that they have conferred with their clients about the ADR programs available through the Court.

Respectfully submitted,

| | |
|---|---|
| JAMES ROSS | LIBERTY LIFE ASSURANCE COMPANY OF BOSTON |
| By his attorneys: | By its attorneys: |
| /s/ Timothy Bliss / BY KM<br>Timothy Bliss (No. 6228)<br>VETTER & WHITE<br>20 Washington Place<br>Providence, RI 02903<br>Tel: (401) 421-3060<br>Fax: (401) 272-6803<br>tbliss@vetterandwhite.com | /s/ Keturah Martin<br>Keturah Martin (No. 7517)<br>JACKSON LEWIS LLP<br>75 Park Plaza<br>Boston, MA 02116<br>Tel: (617) 367-0025<br>Fax: (617) 367-2155<br>martink@jacksonlewis.com |
| | /s/ Guy P. Tully<br>Guy P. Tully (BBO# 555625)<br>JACKSON LEWIS LLP<br>75 Park Plaza<br>Boston, Massachusetts 02116<br>Tel. (617) 367-0025<br>Fax. (617) 367-2155<br>tullyg@jacksonlewis.com |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 12th day of September 2008, a true and correct copy of the foregoing document has been served on Plaintiff's counsel, Timothy Bliss, Esq., by filing a copy through the Court's ECF system, which copy is available for viewing and downloading.

/s/ Keturah Martin